**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**

**IN RE: MICHAEL U. BARBER** **CASE NO.: 19-31212**
**CHAPTER 13 BANKRUPTCY**

## POST-CONFIRMATION FEE ADDENDUM
## APPLICATION & NOTICE FOR ATTORNEYS FEES

This Addendum is filed in compliance with 11 U.S.C." 330(a)(4)(B), 331, 503(b), 507(a)(2) & 1326(b)(1); Bankruptcy Rules 2002 & 2016. The Standing Order Regarding No-Look Fees and Addendums in Chapter 13 Cases (Uniform Order), adopted by the Bankruptcy Judges of the Western District of Louisiana and filed September 19, 2013 applies to all cases filed on or after September 20, 2013. The uniform order is not specifically effective for cases filed before that date, however if this case was filed before September 20, 2013, debtors counsel will use the amounts referenced therein for guidance as those amounts should be considered per se reasonable. The amount contained in this application is set forth and noticed in the accompanying pleading and objections to same must be filed with the Clerk and serviced on the Trustee and Debtors attorney at least seven (7) days prior to the date set for the hearing on the accompanying matter. Considering the facts and time involved in this particular matter, counsel for the debtor(s) makes the following election and request regarding compensation for representation in the above-captioned case:

**(1) (X) COUNSEL ELECTS THE PRESUMPTIVE AND LOOK FEE.**

Per the **UNIFORM ORDER** the presumptive post-confirmation no-look fee compensation and reimbursement of advanced expenses fee applicable in this case is:

**$400.00 for the Post Confirmation Amended Plan.**

**-OR-**

**(2) (__) COUNSEL ELECTS TO FILE A FEE APPLICATION IN LIEU OF THE NO-LOOK FEE**

Counsel for Debtor(s) hereby acknowledges that the total compensation and expenses requested, may exceed the amounts contained in the Uniform Order and the no-look fee option set forth above should not apply. Approval of compensation and expenses may require counsel to notice for a hearing a separate application for compensation and expenses. Any fee application will comply with the bankruptcy code, rules and local rules. Such election shall be referenced in the accompanying pleading.

Dated: **January 19, 2023**

BY: /s/E. Orum Young
E. Orum Young, #36099
Attorney for the Debtor(s)